# EXHIBIT A



**TexTest** — DLA Approved Independent Testing Laboratory

4207-1 Milgen Road, Columbus, GA  31907     Telephone:  844-309-6337     www.textest.com

TexTesT Report:  13163
Date:  4/15/2022
Page:  1 of 2

CLIENT:  **SHEEHAN & ASSOCIATES, P.C.**
60 Cuttermill Road
Great Neck, NY  11021

ATTN:  Spencer Sheehan

SAMPLE IDENTIFICATION:  SAMPLE #1     SEALY PREMIUM COMFORT     1250 Thread Count
KING SHEET SUPERIOR MOISTURE WICKING
FABRIC: 48% POLYESTER/44% COTTON/8% MODAL     Made in India
RN 17119    0 2241534251 3

**END & PICK COUNT**
ASTM D 3775

| | |
|---|---|
| Warp | 57 |
| Filling | 166 |
| Total Thread Count | 223 |

A deceptive count of each filament of each warp yarn
each filament yarn has 19 filaments

$$57 \times 19 = 1083$$
$$+\ \underline{166}$$
Total Count    1249

TEXTEST

*Ann R. Underwood*
signed by


