IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES BRUNO, individually and on behalf on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>AMERICAN TEXTILE COMPANY, INCORPORATED<br><br>      Defendant. | Case No.: 1:22-cv-02937<br><br><br><br><br>The Honorable Andrea R. Wood |

**DEFENDANT AMERICAN TEXTILE COMPANY, INCORPORATED'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

  Defendant American Textile Company, Incorporated ("Defendant"), pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court to dismiss the Complaint of plaintiff James Bruno, individually and on behalf of all others similarly situated ("Plaintiff"), in its entirety. *See* ECF No. 1 ("Complaint" or "CP"). As set forth in the accompanying Memorandum of Law, Plaintiff has failed to state any viable cause of action under each of the five counts set forth in the Complaint. Accordingly, for the reasons stated therein, this Court should dismiss all of Plaintiff's claims *with prejudice* and provide Defendant with any such additional relief as this Court deems proper.

Dated: August 8, 2022                        DENTONS US LLP

By:  /s/ Leah R. Bruno
Leah R. Bruno (#6269469)
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Tel: (312) 876-8000
leah.bruno@dentons.com

Philip A. O'Connell, Jr. (#6185933)
Tony K. Lu (#678791)
One Beacon Street, Suite 25300
Boston, MA 02108
Tel: 617-235-6802
philip.oconnelljr@dentons.com
tony.lu@dentons.com

*Attorneys for Defendant*
*American Textile Company, Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 8, 2022, a true copy of the foregoing Defendant American Textile Company, Incorporated's Motion to Dismiss Plaintiff's Complaint was served upon counsel of record for Plaintiff James Bruno via the Court's electronic case filing system.

    /s/ Leah R. Bruno
*One of the attorneys for Defendant*
*American Textile Company, Incorporated*