# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES BRUNO, individually and on behalf on behalf of themselves and all others similarly situated,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN TEXTILE COMPANY, INCORPORATED<br><br>　　　　　　　　　Defendant. | Case No.: 1:22-cv-02937<br><br><br><br>The Honorable Andrea R. Wood |

## DEFENDANT AMERICAN TEXTILE COMPANY, INCORPORATED'S CORPORATE DISCLOSURE STATEMENT

Defendant American Textile Company, Incorporated, pursuant to Federal Rule of Civil Procedure 7.1, states that its parent corporation is American Textile Company, Incorporated, a privately held corporation. No publicly held corporation owns 10% or more of its stock.

Dated: August 8, 2022

DENTONS US LLP

By:　/s/ Leah R. Bruno
Leah R. Bruno (#6269469)
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Tel: (312) 876-8000
leah.bruno@dentons.com

Philip A. O'Connell, Jr. (#6185933)
Tony K. Lu (#678791)
One Beacon Street, Suite 25300
Boston, MA 02108
Tel: 617-235-6802
philip.oconnelljr@dentons.com
tony.lu@dentons.com

*Attorneys for Defendant*
*American Textile Company, Incorporated*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 8, 2022, a true copy of the foregoing Defendant American Textile Company, Incorporated's Corporate Disclosure Statement was served upon counsel of record for Plaintiff James Bruno via the Court's electronic case filing system.

  /s/ Leah R. Bruno
*One of the attorneys for Defendant*
*American Textile Company, Incorporated*
