# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: James Bruno v. American Textile Company, Incorporated

Case Number: 1:22-cv-02937

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff James Bruno

Attorney name (type or print): Francis R. Greene

Firm: Greene Consumer Law

Street Address: 1954 First St # 154

City/State/Zip: Highland Park IL 60035

Bar ID Number: 6272313       Telephone Number   (312) 847-6979
(See item 3 in instructions)

Email Address: francis@greeneconsumerlaw.com

Are you acting as lead counsel in this case?   ☐ Yes   ☒ No

Are you acting as local counsel in this case?   ☒ Yes   ☐ No

Are you a member of the court's trial bar?   ☒ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ☒ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel

If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on     March 8, 2023

Attorney signature:     S/   Francis R. Greene

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015