UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Bruno, individually and on behalf of all others similarly situated, | 1:22-cv-02937 |
| Plaintiff, | Hon. LaShonda A. Hunt |
| - against - | |
| American Textile Company, Incorporated, | |
| Defendant | |

## JOINT STATUS REPORT

The parties submit the following Joint Status Report pursuant to the Court's Minute Entry dated June 6, 2024 (ECF No. 56) and Minute Entry dated October 2, 204 referring the case to Magistrate Judge McLaughlin for discovery supervision and a settlement conference (ECF No. 58).

The parties participated in an all-day in-person mediation of this and related cases before (ret.) U.S. Magistrate Judge Lisa Lenihan on Monday, September 30, 2024 in Pittsburgh, Pennsylvania. The parties made significant progress towards a class-wide resolution at the mediation, including agreement in principle on one key term. The parties currently have requests for bids out to settlement administrators and are working towards agreement on all remaining settlement terms.

In light of the parties' ongoing settlement discussions and the progress made at mediation towards a global settlement, the parties respectfully request that the Court continue the stay of this matter another sixty (60) days to allow the parties time to attempt to consummate a total resolution of this matter and related matters.

Dated:  October 4, 2024

SAUL EWING LLP

/s/Michael J. Joyce

James A. Morsch (#6209558)
Michael J. Joyce (admitted *pro hac vice*)
Ryan M. Jerome (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago IL 60601
Tel: (312) 876-7866
*Jim.Morsch@saul.com*
*Michael.Joyce@saul.com*
*Ryan.Jerome@saul.com*

*Attorneys for Defendant,*
*American Textile Company, Inc.*

Respectfully submitted,

SHEEHAN & ASSOCIATES, P.C.

/s/Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080
*spencer@spencersheehan.com*

Reese LLP
Michael R. Reese
100 W 93rd St Fl 16
New York NY 10025
Tel: (212) 643-0500
*mreese@reesellp.com*

*Attorneys for Plaintiff*