UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Bruno, individually and on behalf of all others similarly situated, | 1:22-cv-02937 |
| Plaintiff, | Hon. LaShonda A. Hunt |
| - against - | |
| American Textile Company, Incorporated, | |
| Defendant | |

## JOINT STATUS REPORT

The parties submit the following Joint Status Report pursuant to the Court's Minute Entry dated February 13, 2025 (Doc. No. 67).

The parties participated in an all-day in-person mediation of this and related cases before (ret.) U.S. Magistrate Judge Lisa Lenihan on Monday, September 30, 2024 in Pittsburgh, Pennsylvania. Following mediation, and since the last Joint Status Report (Doc. No. 66), the parties have agreed in principal on all key terms of the resolution, and finalized a formal settlement agreement settling this matter and related matters on a national basis, subject to judicial approval.

On February 27, 2025, a preliminary approval motion was filed by the plaintiff in a similarly-styled action pending in the United States District Court for the Western District of Pennsylvania, captioned *Santiago v. American Textile Company, Inc.*, Civil Action No. 2:23-cv-1811. If the settlement is approved finally in *Santiago*, the parties will dismiss this action, with prejudice. The preliminary approval motion remains pending in *Santiago*.

In light of the above, the parties respectfully request that the Court continue the stay of this matter another ninety (90) days (until August 8, 2025), and direct the parties to file a status report thereafter, as the parties pursue approval of their settlement in *Santiago*.

Dated: May 8, 2025

Respectfully submitted,

SAUL EWING LLP

REESE LLP

/s/ Michael J. Joyce
James A. Morsch (#6209558)
Michael J. Joyce (admitted *pro hac vice*)
Ryan M. Jerome (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago IL 60601
Tel: (312) 876-7866
*Jim.Morsch@saul.com*
*Michael.Joyce@saul.com*
*Ryan.Jerome@saul.com*

*Attorneys for Defendant,*
*American Textile Company, Inc.*

/s/ Michael R. Reese
Michael R. Reese
100 W 93rd St Fl 16
New York NY 10025
Tel: (212) 643-0500
*mreese@reesellp.com*

*Attorneys for Plaintiff*